540 A.2d 264

**In the Matter of a Candidate for State Representative.**

**Reginald B. SNYDER, Petitioner,**

v.

**Jean T. WILSON, a Candidate for State Representative 144th Legislative District Bucks County.**

Supreme Court of Pennsylvania.

Argued April 13, 1988.

Decided April 18, 1988.

Reconsideration Denied April 25, 1988.

Reginald B. Snyder, pro se.

Allen Warshaw, Harrisburg, for respondent.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal quashed.  *See* Pa.R.A.P. 903(c)(2).